# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **DON HUNTER,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) Case No.: 4:14-CV-416-VEH |
| **MIDLAND FUNDING, LLC, and** | ) |
| **MIDLAND CREDIT** | ) |
| **MANAGEMENT, INC.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER DISMISSING CASE WITH PREJUDICE

All parties hereto have filed a Joint Stipulation of Dismissal With Prejudice (Doc. 14) on December 30, 2014. Therefore, the court **ORDERS** that this action and all claims contained herein are **HEREBY DISMISSED WITH PREJUDICE**, with the parties to bear their own fees, costs, and expenses.

**DONE** and **ORDERED** this 31st day of December, 2014.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge